1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   NOLAN JORDAN,                              No.  2:20-CV-2237-DMC-P

12                    Plaintiff,

13          v.                                   <u>ORDER</u>

14   ARCEE, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  The alleged civil rights violations took place at North Kern State Prison in

19   Kern County, which is within the boundaries of the Fresno division of the United States District

20   Court for the Eastern District of California.  <u>See</u> Local Rule 120(b).  Pursuant to Local Rule

21   120(d), a civil action which has not been commenced in the proper division of the Court may, on

22   the Court's own motion, be transferred to the proper division.  Because the Sacramento division

23   of this Court is not the proper division, this action will be transferred to the Fresno division.

24          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

25   United States District Court for the Eastern District of California sitting in Fresno.

26   Dated:  November 23, 2020

27                                              _____
                                                DENNIS M. COTA
28                                              UNITED STATES MAGISTRATE JUDGE

                                               1