# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCEE, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01658-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

Nolan Jordan ("Plaintiff"), currently incarcerated at the Cois M. Byrd Detention Center and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Along with the complaint, Plaintiff filed an application to proceed without prepayment of fees in this action. (ECF No. 2.) Plaintiff's application is not properly completed as the certificate regarding his inmate account has not been completed nor has Plaintiff attached a certified copy of his trust account statement showing transactions for the past six months as required. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application is HEREBY DENIED without prejudice;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an application to proceed *in forma pauperis* which includes a certified copy of his trust account statement showing transactions for the past six months; and

1

3. Failure to file a complete application to proceed *in forma pauperis* in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 24, 2020**

_____
UNITED STATES MAGISTRATE JUDGE