**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOLAN JORDAN, | Case No.: 1:20-cv-01658-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER LIFTING STAY OF PROCEEDINGS, AND DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |
| ARCEE, et al., | |
| Defendants. | (ECF No. 28) |

Plaintiff Nolan Jordan is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2021, a settlement conference was conducted by Magistrate Judge Barbara A. McAuliffe.  The parties did not reach a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.      The stay of the proceedings is LIFTED; and

2.      The Clerk of Court shall issue the discovery and scheduling order in this case.

IT IS SO ORDERED.

Dated:   **October 12, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1