# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN JORDAN,<br><br>              Plaintiff,<br><br>    v.<br><br>ARCEE,<br><br>              Defendant. | Case No. 1:20-cv-01658-ADA-SAB (PC)<br><br>ORDER GRANTING SECOND DEFENDANT'S MOTION TO STAY DISCOVERY AND MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 50) |

Plaintiff Nolan Jordan is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion to stay merits-based discovery and modify the scheduling order, filed October 17, 2022. Although the time for Plaintiff to file a response has not expired, the Court deems the motion submitted for review without a response.

Good cause having been presented, it is HEREBY ORDERED that all merits-based discovery is stayed until the resolution of the pending exhaustion motion for summary judgment, and the Court will reopen discovery and reset the discovery and dispositive motions deadlines, if necessary, after the motion for summary judgment is resolved.

IT IS SO ORDERED.

Dated: __October 19, 2022__                             _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

1